# UNITED STATES DISTRICT COURT
## District of Minnesota

Abdi Gelle Mohamed

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood and Eric Klang

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-01147 JMB/ECW**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Petition (Doc. No. 1) is GRANTED in part and DENIED in part, as follows:

1. Respondents' untimely Declaration (Doc. No. 5) in support of their Response is hereby STRICKEN.

2. Respondents are ORDERED to return Petitioner to the custody of Minnesota Department of Human Services Forensic Mental Health Program, subject to and in accordance with the conditions in his preexisting Order of Supervision, no later than 4:00 p.m. CST on February 12, 2026.

3. On or before 11:00 a.m. CT on February 13, 2026, counsel for Respondents shall file a letter affirming that Petitioner was remanded to state custody in accordance with this Order. Counsel shall also file a declaration on or before 11:00 a.m. CT on February 13, 2026, pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that states when and where the Petitioner was returned to state

custody, attaches any and all documentation concerning the Petitioner's return to state custody, and affirms that all property of Petitioner was returned to Petitioner upon his return to state custody (or, if property is retained, state which property is retained, the legal basis for its retention, and affirm that Respondents duly provided Petitioner with certified copies of any and all immigration-related documentation). If Petitioner was transferred out of Minnesota prior to the Court's Order granting the Petition, counsel shall also file a declaration on or before 11:00 a.m. CT on February 13, 2026, pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that includes the following: (a) the name or names of any individual or individuals who authorized Petitioner's transfer outside of Minnesota; (b) the basis for the transfer; (c) the time and date when that decision was made; (d) the time and date when Petitioner was moved; and (e) what efforts Respondents took to return Petitioner to Minnesota as ordered by the Court.

4. To the extent Petitioner seeks relief beyond an order requiring return to state custody, the Petition is DENIED.

Date: 2/12/2026

KATE M. FOGARTY, CLERK